IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| TRISTREAM EAST TEXAS, LLC, | § |
| | §    CASE NO. 16-31521 |
| | § |
| DEBTOR. | § |

## NOTICE OF DESIGNATION AS COMPLEX
## CHAPTER 11 BANKRUPTCY CASE

This bankruptcy case was filed on March 30, 2016. The undersigned party in interest believes that this case qualifies as a complex Chapter 11 case because:

__X__ The debtor has total debt of more than $10 million;

__X__ There are more than 50 parties in interest in this case;

_____ Claims against the debtor are publicly traded;

_____ Other (Substantial explanation is required.  Attach additional sheets if necessary.)

Dated: March 31, 2016                    Respectfully submitted,

**COATS ROSE, P.C.**

By:   */s/ Frank J. Wright*
        Frank J. Wright
        Texas State Bar No. 22028800
        C. Ashley Ellis
        Texas State Bar No. 00794824
        Erin C. McGee
        Texas State Bar No. 24055937

        600 Signature Place
        14755 Preston Road
        Dallas, Texas  75254
        (972) 788-1600
        (972) 239-0138 – fax

        **PROPOSED COUNSEL FOR**
        **TRISTREAM ENERGY, LLC**