IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** | § | **CASE NO. : 16-31521** |
| | § | |
| **TRISTREAM EAST TEXAS, LLC,** | § | **Chapter 11** |
| | § | |
| Debtor. | § | **Judge David R. Jones** |
| | § | |

## NOTICE OF FURTHER INTERIM HEARING

**PLEASE TAKE NOTICE** that the Court has scheduled a further interim hearing on *Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Use of Cash Collateral and Granting Adequate Protection, (2) Authorizing Postpetition Financing, and (3) Granting Related Relief* [**Docket No. 12**] at **3:30 p.m., prevailing Central time, on April 18, 2016** before the Honorable David R. Jones for the Southern District of Texas, Houston Division, at the United States Courthouse, Room 400, 515 Rusk Avenue, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that any party in interest objecting to the entry of a further interim order must file written objections with the Clerk of the Bankruptcy Court which objections must be served on: the Debtor, the Debtor's counsel, counsel for the DIP Lender, counsel for the Prepetition First Lien Agent, and the Office of the United States Trustee for the Southern District of Texas, and such objections shall be filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas.

Dated: April 7, 2016

Respectfully submitted,

**COATS ROSE, P.C.**

By: /s/ *Frank J. Wright*
Frank J. Wright
Texas State Bar No. 22028800
C. Ashley Ellis
Texas State Bar No. 00794824
Erin C. McGee
Texas State Bar No. 24055937

600 Signature Place
14755 Preston Road
Dallas, Texas 75254
(972) 788-16000
(972) 239-0138 – fax

**COUNSEL FOR
TRISTREAM EAST TEXAS, LLC**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing document was served to all parties consenting to electronic service pursuant to the *Electronic Case Management system* of the United States Bankruptcy Court for the Southern District of Texas on April 7, 2016.

I further certify that on April 7, 2016, a true and correct copy of the above and foregoing document was served either via the *ECF system* of the Bankruptcy Court, facsimile, electronic mail, overnight courier, and/or first class United States mail, postage prepaid on the attached service list.

/s/ *C. Ashley Ellis*
C. Ashley Ellis

## MAILING LIST

Mark A. Serice  
Amegy Bank  
4400 Post Oak Parkway  
Houston, TX 77027

Robert C. Shearer  
Thompson & Knight, LLP  
333 Clay St., Suite 3300  
Houston, TX 77002

Hector Duran  
Office of the U.S. Trustee  
515 Rusk Street  
Suite 3516  
Houston, TX 77002

Tristream East Texas, LLC  
c/o Gene Waguespack  
10370 Richmond Ave., Suite 400  
Houston, TX 77042

Texas Comptroller of Public Accounts  
P.O. Box 135280  
Austin, TX 78711-3528

Internal Revenue Service  
P.O. Box 21226  
Philadelphia, PA 19114

Attorney General of Texas  
Taxation Division - Bankruptcy  
P.O. Box 12548  
Austin, TX 78711

## 20 LARGEST UNSECURED CREDITORS

Eagle Rock Acquisition Partnership  
Attn: Trish Foremean  
P.O. Box 2968  
Houston, TX 77252-2968

Thermo Control, Inc.  
Attn: Edgar Franco  
P.O. Box 1102  
Mount Pleasant, TX 75456-1102

EMS USA, Inc.  
Dept. 9296  
Attn: Chris Hoffman  
P.O. Box 4346  
Houston, TX 77210

Hy-Tech Insulation, Inc.  
Attn: Keith Freeman  
P.O. Box 2084  
Kilgore, TX 75663

Targa Resources Partners LP  
Attn: AR Dept.  
110 W. 7th St., Suite 2300  
Tulsa, OK 74119

Utility Rebate Consultants, Inv.  
Attn: Dan Mailath  
2526 East 71st St., Suite E  
Tulsa, OK 74136-5531

Sabre Operating, Inc.  
Attn: Denise Field  
P.O. Box 4848  
Wichita Falls, TX 76308-0848

In2Tex3 LP  
Attn: Jason Bradley  
4908 Costa De Oro Ct.  
Arlington, TX 76017

4841-2215-2239.v1

Louisiana Valve Source, Inc.
Attn: Thomas Davidson
P.O. Box 932276
Atlanta, GA 31193-2276

Noblett Electric Motor Service
Attn: Mark Noblett
P.O. Box 3097
Corsicana, TX 75110

NALCO Champion
Attn: Benjamin Roberson
P.O. Box 73005
Dallas, TX 75373-0005

Western Marketing, Inc.
Attn: Jess Martin
P.O. Box 677422
Dallas, TX 75267

Basic Energy Services, LP
Attn: Johnny Gage
P.O. Box 841903
Dallas, TX 75284

Nordon Corporation
Attn: Norman Franco
P.O. Box 1415
Round Rock, TX 78680

SAMCO Enterprises, Inc.
Attn: Jeremy Baggett
3326 FM 2767
Tyler, TX 75708

Johnny Ray Clements
185 Cedar Oaks Drive
Mabank, TX 75156

DPC Industries, Inc.
Attn: Jimmy Tidwell
P.O. Box 301023
Dallas, TX 75303-1023

John Crane Inc.
Attn: Gary Collier
24929 Network Place
Chicago, IL 60673-1249

Diversified Projects, Inc.
Attn: Bob Coley
25000 Pitkin Road
Suite 270
Spring, TX 77386

Univar USA Inc.
Attn: AR Dept.
P.O. Box 849027
Dallas, TX 75284-9027

## REQUEST(S) FOR APPEARANCE

Owen M. Sonik
Perdue, Brandon, Fielder, Collins
   & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX 77008

Tye C. Hancock /Ayo O. Shittu
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX 77002

Sarah R. Borders
King & Spalding LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521

Mark W. Wege
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, TX 77002

4841-2215-2239.v1

Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX  77868