IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TRISTREAM EAST TEXAS, LLC | Case No. 16-31521 |
| Debtor. | Judge David R. Jones |

## NOTICE REGARDING SALE OF THE AMEGY BANK LOAN

TO THE HONORABLE CHIEF U.S. BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that on April 6, 2016 (the "Closing Date"), Amegy Bank[1] (the "Seller") and Haddington Energy Partners IV, LP (the "Purchaser") closed on the Loan Purchase and Sale Agreement dated as of October 19, 2015 (the "Loan PSA") pursuant to which Seller agreed to sell, and Purchaser agreed to purchase, Seller's loan to Tristream East Texas, LLC, and all documents and instruments evidencing, securing or pertaining to the loan.

**PLEASE TAKE FURTHER NOTICE** that the *Objection of Amegy Bank to the Debtor's Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Postpetition Financing* [Dkt. No. 23] has been consensually resolved.

---

[1] ZB, N.A., d/b/a Amegy Bank, successor by merger to Amegy Bank National Association.

**DATED:**  April 11, 2016.   Respectfully submitted,

/s/   *Tye C. Hancock*
Tye C. Hancock
Texas State Bar No. 24032271
Ayo O. Shittu
State Bar No. 24098423
**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone: 713.654.8111
Facsimile: 713.654.1872
E-mail:  Tye.Hancock@tklaw.com
E-mail:  Ayo.Shittu@tklaw.com

**ATTORNEYS FOR AMEGY BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, a true and correct copy of the foregoing has been served on all parties entitled to service via this Court's electronic filing system ("ECF").

/s/   *Tye C. Hancock*
One of Counsel