IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** | § | **CASE NO. 16-31521** |
| | § | |
| **TRISTREAM EAST TEXAS, LLC,** | § | **Chapter 11** |
| | § | |
| Debtor. | § | **Judge David R. Jones** |
| | § | |

## NOTICE OF FINAL HEARING

**PLEASE TAKE NOTICE** that a final hearing on *Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Use of Cash Collateral and Granting Adequate Protection, (2) Authorizing Postpetition Financing, and (3) Granting Related Relief* [**Docket No. 12**] has been scheduled for Monday, May 16, 2016 at 3:30 P.M., before the Honorable David R. Jones for the Southern District of Texas, Houston Division, at the United States Courthouse, Room 400, 515 Rusk Avenue, Houston, Texas 77002.

Dated: April 19, 2016

Respectfully submitted,

COATS ROSE, P.C.

By: /s/ *Frank J. Wright*
Frank J. Wright
Texas State Bar No. 22028800
C. Ashley Ellis
Texas State Bar No. 00794824
Erin C. McGee
Texas State Bar No. 24055937

600 Signature Place
14755 Preston Road
Dallas, Texas 75254
(972) 788-1600
(972) 239-0138 – fax
bankruptcy@coatsrose.com

**COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing document was served to all parties consenting to electronic service pursuant to the *Electronic Case Management system* of the United States Bankruptcy Court for the Northern District of Texas on April 19, 2016.

I further certify that on April 19, 2016, a true and correct copy of the above and foregoing document was served either via the *ECF system* of the Bankruptcy Court, facsimile, electronic mail, overnight courier, and/or first class United States mail, postage prepaid on the attached service list.

*/s/ C. Ashley Ellis*
C. Ashley Ellis

## MAILING LIST

Mark A. Serice
Amegy Bank
4400 Post Oak Parkway
Houston, TX 77027

Robert C. Shearer
Thompson & Knight, LLP
333 Clay St., Suite 3300
Houston, TX 77002

Hector Duran
Office of the U.S. Trustee
515 Rusk Street
Suite 3516
Houston, TX 77002

Tristream East Texas, LLC
c/o Gene Waguespack
10370 Richmond Ave., Suite 400
Houston, TX 77042

Texas Comptroller of Public Accounts
P.O. Box 135280
Austin, TX 78711-3528

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Attorney General of Texas
Taxation Division - Bankruptcy
P.O. Box 12548
Austin, TX 78711

## 20 LARGEST UNSECURED CREDITORS

Eagle Rock Acquisition Partnership
Attn: Trish Foremean
P.O. Box 2968
Houston, TX 77252-2968

Thermo Control, Inc.
Attn: Edgar Franco
P.O. Box 1102
Mount Pleasant, TX 75456-1102

EMS USA, Inc.
Dept. 9296
Attn: Chris Hoffman
P.O. Box 4346
Houston, TX 77210

Hy-Tech Insulation, Inc.
Attn: Keith Freeman
P.O. Box 2084
Kilgore, TX 75663

Targa Resources Partners LP
Attn: AR Dept.
110 W. 7th St., Suite 2300
Tulsa, OK 74119

Utility Rebate Consultants, Inv.
Attn: Dan Mailath
2526 East 71st St., Suite E
Tulsa, OK 74136-5531

Sabre Operating, Inc.
Attn: Denise Field
P.O. Box 4848
Wichita Falls, TX 76308-0848

In2Tex3 LP
Attn: Jason Bradley
4908 Costa De Oro Ct.
Arlington, TX 76017

4841-2215-2239.v1

Louisiana Valve Source, Inc.
Attn: Thomas Davidson
P.O. Box 932276
Atlanta, GA 31193-2276

Noblett Electric Motor Service
Attn: Mark Noblett
P.O. Box 3097
Corsicana, TX 75110

NALCO Champion
Attn: Benjamin Roberson
P.O. Box 73005
Dallas, TX 75373-0005

Western Marketing, Inc.
Attn: Jess Martin
P.O. Box 677422
Dallas, TX 75267

Basic Energy Services, LP
Attn: Johnny Gage
P.O. Box 841903
Dallas, TX 75284

Nordon Corporation
Attn: Norman Franco
P.O. Box 1415
Round Rock, TX 78680

SAMCO Enterprises, Inc.
Attn: Jeremy Baggett
3326 FM 2767
Tyler, TX 75708

Johnny Ray Clements
185 Cedar Oaks Drive
Mabank, TX 75156

DPC Industries, Inc.
Attn: Jimmy Tidwell
P.O. Box 301023
Dallas, TX 75303-1023

John Crane Inc.
Attn: Gary Collier
24929 Network Place
Chicago, IL 60673-1249

Diversified Projects, Inc.
Attn: Bob Coley
25000 Pitkin Road
Suite 270
Spring, TX 77386

Univar USA Inc.
Attn: AR Dept.
P.O. Box 849027
Dallas, TX 75284-9027

## **CREDITORS' COMMITTEE**

Thermo Control, Inc.
1991 CR2630
Mt. Pleasant, TX 75455
Attn: Edard Francro

Baker & Associates
5151 Katy Freeway, Suite 200
Houston, TX 77007
Attn: Partick J. Gilpin, Jr.

4841-2215-2239.v1

## REQUEST(S) FOR APPEARANCE

Owen M. Sonik
Perdue, Brandon, Fielder, Collins
 & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX 77008

Tye C. Hancock /Ayo O. Shittu
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX 77002

Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

Carl Doré, Jr.
Kim E. Lewinski
Zachary S. McKay
Doré Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

Elizabeth Weller
Linebarger Goggan Blair
 & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Tara L. Grundemeier
Linebarger Goggan Blair
 & Sampson, LLP
P.O. Box 3064
Houston, TX 77253

Sarah R. Borders
King & Spalding LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521

Mark W. Wege
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, TX 77002

4841-2215-2239.v1